IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | ) | |
| --- | --- | --- |
| ex rel Robert Stringer, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-221 |
| | ) | United States District Judge |
| | ) | Terrence F. McVerry |
| | ) | United States Magistrate Judge |
| | ) | Lisa Pupo Lenihan |
| LOUIS FOLINO and THE ATTORNEY | ) | |
| GENERAL OF THE STATE OF | ) | |
| PENNSYLVANIA, | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Pending before the Court are the OBJECTIONS TO THE MAGISTRATE JUDGE'S DETERMINATION of April 28, 2014 (ECF No. 27); OBJECTIONS TO THE MAGISTRATE JUDGE'S DETERMINATION of May 15, 2014 (ECF No. 37); and the OBJECTIONS TO THE MAGISTRATE JUDGE'S DETERMINATION of May 20, 2014 (ECF No. 38), filed by Petitioner Robert Stringer ("Stringer"). Upon review of the Objections, the Court has determined that a response by Defendants is not necessary.

Stringer has filed a § 2254 Petition in which he challenges his conviction in the Court of Common Pleas of Allegheny County, Pennsylvania and sentence to Life Without Parole for, inter alia, First Degree Murder, Kidnapping, Robbery, Conspiracy and Theft by Unlawful Taking. The Objections now before the Court relate to: (1) the April 28, 2014 text-order by United States Magistrate Judge Lisa Pupo Lenihan, which granted Respondents' request for an extension of time to answer Stringer's Petition (ECF No. 23); (2) the May 15, 2014 text-order by the Magistrate Judge, which denied Stringer's Motion for Entry of Default and Summary

1

Judgment against the Attorney General of the Commonwealth of Pennsylvania (ECF No. 28); and (3) the Magistrate Judge's May 20, 2014 text-order denial of Stringer's Motion for Appointment of Counsel (ECF No. 29).

After careful de novo consideration of Stringer's Objections, the Court will affirm and adopt the Orders of the Magistrate Judge as the Orders of the Court. Stringer's objection to the decision to grant Respondents' request for an extension of time to file an answer (which has now been filed) and his attempt to obtain a default and/or summary judgment are frivolous. Moreover, as the Court has previously explained (*see* ECF No. 7), prisoners do not have a right to counsel for collateral attacks upon their convictions.

In accordance with the foregoing, the OBJECTIONS TO THE MAGISTRATE JUDGE'S DETERMINATION of April 28, 2014 (ECF No. 27); OBJECTIONS TO THE MAGISTRATE JUDGE'S DETERMINATION of May 15, 2014 (ECF No. 37); and OBJECTIONS TO THE MAGISTRATE JUDGE'S DETERMINATION of May 20, 2014 (ECF No. 38) filed by Petitioner Robert Stringer are **DENIED**; and the Orders of Magistrate Judge Lenihan are hereby adopted as the Orders of the Court.

SO ORDERED, this 19th day of June, 2014.

BY THE COURT:

s/Terrence F. McVerry
United States District Judge

cc: All counsel of record
 Via CM/ECF

 Robert Stringer
 GJ1592
 175 Progress Drive
 Waynesburg, PA 15370
 Via US Mail