IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT STRINGER,            )
    Petitioner,          )    Civil Action No. 13-221
                            )
v.                          )
                            )    Magistrate Lisa Pupo Lenihan
LOUIS FOLINO, et al.,       )
    Respondents.         )

# **ORDER**

AND NOW, this 19th day of August, 2015, it is hereby ORDERED that Petitioner's Motion for Summary Judgment and/or Partial Judgment [ECF No. 48] is DISMISSED. A motion for summary judgment is not an appropriate filing in a habeas proceeding. See Rules 2 and 5 of the Rules Governing Section 2254 Cases In the United States District Courts. See also Local Rules LCvR 2254(B) and (E). To the extent that the motion contains argument that would be appropriate in a reply to Respondents' answer, the Court will consider it as such.

                                  /s/ Lisa Pupo Lenihan
                                  LISA PUPO LENIHAN
                                  United States Magistrate Judge